RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRIAN PUGH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brian_Pugh@fd.org

Attorney for Terrin Maxwell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TERRIN MAXWELL,<br><br>  Defendant. | Case No. 2:17-cr-00230-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Terrin Maxwell, that the Sentencing Hearing currently scheduled on May 6, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

///

///

This Stipulation is entered into for the following reasons:

1. Counsel for the defense was recently assigned to this matter. The additional time is requested to allow defense counsel time to conduct investigation and prepare for sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 9th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____ | */s/ Peter S. Levitt*<br>By_____ |
| BRIAN PUGH<br>Assistant Federal Public Defender | PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERRIN MAXWELL,<br><br>　　　　Defendant. | Case No. 2:17-cr-00230-JCM-CWH<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, May 6, 2019, at 11:00 a.m., be vacated and continued to  July 8, 2019  at the hour of 10:00 a.m.; or to a time and date convenient to the court.

　　DATED this 15th day of April, 2019.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE