1  RENE L. VALLADARES
   Federal Public Defender
2  State Bar No. 11479
   BRIAN PUGH
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Brian_Pugh@fd.org
6
   Attorney for Terrin Maxwell

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>TERRIN MAXWELL,<br><br>        Defendant. | Case No. 2:17-cr-00230-JCM-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Peter S. Levitt, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brian Pugh, Assistant Federal Public Defender, counsel for Terrin Maxwell, that the Sentencing Hearing currently scheduled on July 8, 2019, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

/ / /

/ / /

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to prepare, investigate, and discuss the case with Defendant before the sentencing hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the sentencing hearing.

DATED this 18th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Brian Pugh*<br>By_____<br>BRIAN PUGH<br>Assistant Federal Public Defender | */s/ Peter S. Levitt*<br>By_____<br>PETER S. LEVITT<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

TERRIN MAXWELL,

    Defendant.

Case No. 2:17-cr-00230-JCM-CWH

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, July 8, 2019, at 10:00 a.m., be vacated and continued to August 27, 2019, at the hour of 10:30 a.m.

DATED June 19, 2019.

_____
UNITED STATES DISTRICT JUDGE